UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

TARA AND JAMES GARDINER,

      *Plaintiffs,*

v.

THE BOZZUTO GROUP, INC., et al.

      *Defendant.*

Case No. 1:19-cv-00920-BAH

## UNOPPOSED MOTION TO DISMISS THE BOZZUTO GROUP, INC.

Defendant "The Bozzuto Group, Inc.," by undersigned counsel, moves to dismiss the claims against it without prejudice and states as follows:

1. "The Bozzuto Group, Inc." is not an existing legal entity and is not a proper party to this lawsuit. The Bozzuto Group is a trade name for another legal entity that does not have a direct relationship to the claims in this case.

2. Plaintiff's counsel and counsel for Bozzuto Management Company have authorized undersigned counsel to represent that they do not oppose this motion.

WHEREFORE, The Bozzuto Group respectfully requests that the Court dismiss it from this lawsuit without prejudice.

      Respectfully submitted,

      /s/ James D. Bragdon
James D. Bragdon, D.C. Bar No. 1017743
Gallagher Evelius & Jones LLP
218 North Charles Street, Suite 400
Baltimore, Maryland 21201
jbragdon@gejlaw.com
(410) 727-7702
*Attorney for The Bozzuto Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2019, a copy of the foregoing Unopposed Motion to Dismiss was electronically filed and served to all counsel of record via the Court's CM/ECF system.

                                                                /s/ James D. Bragdon
                                                               James D. Bragdon